United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Larry M. Olea, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-20122-Civ-Scola |
| ) | |
| Miami Smokers LLC and others, ) | |
| Defendants. ) | |

### **Order Adopting in Part the Magistrate's Report And Recommendations**

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiff's motion for attorney's fees and costs. On June 8, 2020, Judge Torres issued a report, recommending that the Court grant the motion in part and deny the motion in part, and award the Plaintiff attorneys' fees in the amount of $4,487.50 and costs in the amount of $539.40. (Report & Recommendations, ECF No. 20.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 20**). The Court **grants in part** the Plaintiff's motion for attorneys' fees (**ECF No. 18**). Consistent with the report, the Court awards $4,487.50 in attorneys' fees and $539.40 in costs to Larry M. Olea to be paid by the Defendants, 305Smokers LLC, Miami Smokers, LLC, and Andres Barrientos.

**Done and ordered** at Miami, Florida, on July 7, 2020.

_____
Robert N. Scola, Jr.
United States District Judge